

09-CV-00208-STIP



MAY 29 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| BRENDA BIG EAGLE, | NO. C09-0208 JCC |
|---|---|
| Plaintiff, | STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MYRA CASEY, BRUCE THOMAS, STEVE WICKMARK AND DOES 1-20 |
| v. | |
| STATE OF WASHINGTON; MYRA CASEY; BRUCE THOMAS; STEVE WICKMARK, each individually and as a state agent for the State of Washington; and DOES 1-20, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Brenda Big Eagle, acting by and through Artis C. Grant, Jr., and the Defendants State of Washington, Myra Casey, Bruce Thomas, Steve Wickmark and Does 1-20, acting by and through Robert M. McKenna, Attorney General, and Suzanne Parisien, Assistant Attorney General, that the above-entitled action as to Defendants Myra Casey, Bruce Thomas, Steve Wickmark and Does 1-20, may be dismissed with prejudice and without costs, this matter having been fully settled and compromised between the Plaintiff and Defendant State of Washington.

STIPULATION AND ORDER OF DISMISSAL AS TO DEFENDANTS MYRA CASEY, BRUCE THOMAS, STEVE WICKMARK AND DOES 1-20

1

Error! AutoText entry not defined.

1 | DATED this 27th day of May, 2009.

ROBERT M. MCKENNA
Attorney General

/s/ Suzanne R. Parisien
SUZANNE R. PARISIEN, WSBA No. 24678
SUSAN EDISON, WSBA No. 18293
Assistant Attorneys General
Office of Attorney General
Tort Claims Division
800 Fifth Avenue, Ste. 2000
Seattle, WA 98104-3188
Telephone number (206) 464-7352
Fax number (206) 587-4229
E-mail: suzannep@atg.wa.gov
      susane@atg.wa.gov

THE LAW OFFICES OF GRANT & ASSOCIATES


/s/ Artis C. Grant, Jr.
ARTIS C. GRANT, JR., WSBA #26204
Attorneys for Plaintiff
3002 S. 47th Street
Tacoma, WA 98409
Tel: 253-472-6213
FAX: 253-473-9695
E-mail: agrant@lawdome.com

| | |
|---|---|
| 1 | **ORDER** |
| 2 | THIS MATTER having come before the undersigned judge of the above-entitled Court, |
| 3 | based on the foregoing stipulation, now, therefore, |
| 4 | IT IS HEREBY ORDERED That Defendants Myra Casey, Bruce Thomas, Steve |
| 5 | Wickmark and Does 1-20, shall be dismissed from the above-entitled action with prejudice and |
| 6 | without costs or interest to any party. |
| 7 | DONE IN OPEN COURT this 29 day of May, 2009. |

_____
JUDGE FRANKLIN D. BURGESS

Presented by:

ROBERT M. MCKENNA
Attorney General

Approved as to Form and
Notice of Presentation Waived:

LAW OFFICES OF GRANT & ASSOCIATES

_____
SUZANNE R. PARISIEN, WSBA #24678
Assistant Attorney General
Attorneys for Defendant

_____
ARTIS C. GRANT, JR. WSBA #26204
Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Suzanne R. Parisien: suzannep@atg.wa.gov; dianah@atg.wa.gov; kristi.perry@atg.wa.gov; torseaef@atg.wa.gov

Susan M. Edison : susane@atg.wa.gov; beckyf@atg.wa.gov; julied1@atg.wa.gov

Artis Grant Jr. : agrant@lawdome.com

DATED this 27th day of May, 2009, at Seattle, Washington.

ROBERT M. MCKENNA
Attorney General

/s/ Suzanne R. Parisien
SUZANNE R. PARISIEN, WSBA No. 24678
SUSAN M. EDISON, WSBA No. 18293
Assistant Attorneys General
Office of Attorney General
Tort Claims Division
800 Fifth Avenue, Ste. 2000
Seattle, WA 98104-3188
Telephone number (206) 464-7352
Fax number (206) 587-4229
E-mail: suzannep@atg.wa.gov
susane@atg.wa.gov