

09-CV-00208-JGM

FILED ___ LODGED ___ RECEIVED
JUN 04 2009
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

The Honorable Franklin D. Burgess

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| BRENDA BIG EAGLE, | NO. C09-0208 JCC / FDB |
| Plaintiff, | STIPULATED JUDGMENT |
| v. | |
| STATE OF WASHINGTON; MYRA CASEY; BRUCE THOMAS; STEVE WICKMARK, each individually and as a state agent for the State of Washington; and DOES 1-20, inclusive, | |
| Defendants. | |

Judgment Summary (RCW 4.64.030):

| | |
|---|---|
| Judgment Creditor(s): | BRENDA BIG EAGLE |
| Judgment Creditor(s)' Attorney(s): | Law Offices of Grant & Associates<br>Artis C. Grant, Jr. |
| Judgment Debtor: | State of Washington |
| Judgment Amount: | $110,000.00 |
| Pre-Judgment Interest: | $ 0 |
| Post-Judgment Interest: | $ 0 |
| Taxable Costs and Attorney Fees: | $ 0 |

THIS MATTER having come on regularly before the undersigned judge of the above-entitled Court; and the Plaintiff, Brenda Big Eagle, acting by and through the Law Offices of Grant & Associates and Artis C. Grant, Jr., and the Defendants, State of Washington, and its Department of Social and Health Services, acting by and through Robert M. McKenna, Attorney General, and Suzanne R. Parisien, Assistant Attorney General; and these parties having made a stipulation pursuant to RCW 4.92.150, without any admissions of liability, settling and compromising this action against the defendants and allowing for dismissal of this action with prejudice against the Defendants, and it appearing to the Court, after a review of the files and records herein and statements of counsel in open court, that the sum of ONE HUNDRED AND TEN THOUSAND and No/100 Dollars ($110,000.00) is a proper and just settlement to be paid by the Defendant, State of Washington, to the Plaintiff; the Court being fully advised, now, therefore,

IT IS HEREBY ORDERED That the Plaintiff Brenda Big Eagle shall have judgment against the Defendant State of Washington for the total sum of ONE HUNDRED AND TEN THOUSAND and No/100 Dollars ($110,000.00). Reasonable fees and costs found by the court shall be deducted from these gross amounts. Additionally, any liens, subrogated interests, or outstanding medical bills of which Plaintiffs' counsel has actual or constructive notice prior to court approval of this settlement shall be resolved out of these gross amounts, and defendants shall have no liability for any such liens, interest, or bills.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED That neither party shall recover against any other party their respective fees, costs, nor interest herein.

DONE ~~IN OPEN COURT~~ this 4th day of June, 2009.

JUDGE FRANKLIN D. BURGESS

Presented by:

ROBERT M. MCKENNA
Attorney General

_____
SUZANNE R. PARISIENT, WSBA #24678
Assistant Attorney General
Attorneys for Defendant

Approved as to Form and
Notice of Presentation Waived:

THE LAW OFFICES OF
GRANT & ASSOCIATES

_____
ARTIS C. GRANT, JR. WSBA #26204
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2009, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Suzanne R. Parisien: suzannep@atg.wa.gov; dianah@atg.wa.gov; kristi.perry@atg.wa.gov; torseaef@atg.wa.gov

Susan M. Edison : susane@atg.wa.gov; beckyf@atg.wa.gov; julied1@atg.wa.gov

Artis Grant Jr. : agrant@lawdome.com

DATED this 1st day of June, 2009, at Seattle, Washington.

ROBERT M. MCKENNA
Attorney General


/s/ Suzanne R. Parisien
SUZANNE R. PARISIEN, WSBA No. 24678
Assistant Attorneys General
Office of Attorney General
Tort Claims Division
800 Fifth Avenue, Ste. 2000
Seattle, WA 98104-3188
Telephone number (206) 464-7352
Fax number (206) 587-4229
E-mail: suzannep@atg.wa.gov